## (March 10, 1975)

ADDISON DINOFF et al., Respondents, v. EDWARD J. MASLOW et al., Appellants, et al., Defendants.— Order of the Supreme Court, Suffolk County, entered March 1, 1974, affirmed, without costs. (Cf. *Wolf Petroleum Corp.* v. *Chock Full of Power Gasoline Corp.*, 41 A D 2d 950.) Gulotta, P. J., Rabin, Hopkins, Munder and Shapiro, JJ., concur.